UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

POJAMAN JAIJITMUN,

    Plaintiff,

v.

LITTON LOAN SERVICING LP, et al.,

    Defendants.

2:10-cv-0976-LDG-PAL

**ORDER**

    On February 6, 2011, Plaintiff Pojaman Jaijitmun was notified that, although the complaint was filed on May 27, 2010, and although more than 120 days had passed, Jaijitmun had not filed a proof of service of the summons and complaint on Defendant National Default Servicing Corp. Jaijitmun was further notified that the action would be dismissed without prejudice as to that defendant unless proof of service was filed on or before March 8, 2011. Jaijitmun did not file proof of service by March 8, 2011, and has not complied with Federal Rule of Civil Procedure 4(m). Accordingly,

    THE COURT HEREBY ORDERS that this action is DISMISSED without prejudice as to National Default Servicing Corp.

DATED this __24__ day of March, 2011.

_____
Lloyd D. George
United States District Judge