WRIGHT, FINLAY & ZAK, LLP
Robin Prema Wright, Esq.
Nevada Bar No. 009296
Donna M. Osborn, Esq.
Nevada Bar No. 006527
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
(702) 475-7964; Fax: (702) 946-1345
dosborn@wrightlegal.net
*Attorneys for Defendant,*
*Specialized Loan Servicing, LLC*

## UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| POJAMAN JAIJITMUN, an individual<br><br>Plaintiff,<br><br>vs.<br><br>LITTON LOAN SERVICING, a foreign entity; SPECIALIZED LOAN SERVICING, LLC, a foreign entity; NATIONAL DEFAULT SERVICING CORPORATION, a foreign entity; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive.<br><br>Defendants. | Case No.: 2:10-cv-00976-LDG-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF CASE** |

The parties hereby having reached an agreement and for good cause appearing;

WHEREAS, on May 27, 2011, Plaintiff, POJAMAN JAIJITMUN, filed a Complaint in the Clark County District Court, Case Number A-10-617724-C which was removed as the above captioned case. Plaintiff alleged causes of action against SPECIALIZED LOAN SERVICING, LLC, including 1) RESPA Violations and 2) Injunctive Relief.

WHEREAS, the parties entered into an Agreement to settle the matter, and have completely executed an Agreement memorializing the terms of the Agreement.

1  Pursuant to the terms of the settlement, the parties agree and stipulate as follows:

2

3  IT IS HEREBY STIPULATED between Plaintiff POJAMAN JAIJITMUN, by and

4  through their counsel of COGBURN LAW OFFICES, and Defendants SPECIALIZED LOAN

5  SERVICING, LLC ("SLS") by and through their counsel of record, Donna M. Osborn, Esq. of

6  WRIGHT, FINLAY & ZAK, LLP, that the case shall be dismissed as to all Defendants with

7  prejudice.

8  IT IS FURTHER STIPULATED between the parties that each side shall bear their own

9  fees and costs.

10  Submitted by:

11  WRIGHT FINLAY & ZAK, LLP

12  *Christopher L Benner 8963 for*
13  Donna M. Osborn, Esq.
    Nevada Bar No. 006527
14  5532 South Fort Apache Road, Suite 110
    Las Vegas, NV 89148
15  *Attorneys for Defendants,*
    *Attorneys for Defendant,*
16  *Specialized Loan Servicing, LLC*

17

18  Approved by:

19  _____
    Jamie S. Cogburn, Esq.
20  Nevada Bar No. 8409
    COGBURN LAW OFFICES
21  9555 S. Eastern Ave., Suite 280
    Las Vegas, NV 89123
22  *Attorney for Plaintiff*

## ORDER

PURSUANT to the Stipulation above and for good cause appearing:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Complaint is hereby dismissed with prejudice as to Defendants, SPECIALIZED LOAN SERVICING, LLC ("SLS"), and all other Defendants.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that each side is to bear their own fees and costs.

IT IS FURTHER ORDERED ADJUDGED AND DECREED that this case is hereby closed.

**IT IS SO ORDERED.**

FCVGF "yj ku'6yj "fc{"qh'Lcpwct{."42340

_____
US DISTRICT COURT JUDGE

RESPECTFULLY SUBMITTED BY:

WRIGHT, FINLAY & ZAK, LLP
*Christopher L Benner 8963 for*
Donna M. Osborn, Esq.
Nevada Bar No. 006527
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
*Attorneys for Defendant,*
*Specialized Loan Servicing, LLC*